IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY C. BANKS, et al., | CASE NO. CV F 00-5023 LJO JFM |
| Plaintiffs, | **ORDER TO CLOSE ACTION** |
| vs. | |
| TEAMSTERS MISCELLANEOUS EMPLOYEES HEALTH AND WELFARE TRUST FUND, | |
| Defendants. / | |

This Court DIRECTS the clerk to administratively close this action.

IT IS SO ORDERED.

**Dated:   March 14, 2007**                         **/s/ Lawrence J. O'Neill**
66h44d                                              UNITED STATES DISTRICT JUDGE

1